Opinion issued December 7, 2006 

 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00329-CR

____________


GEORGE KELLY MORRIS, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 253rd District Court 

Chambers County, Texas

Trial Court Cause No. 13039






MEMORANDUM OPINION

 Because appellant's brief had not been filed, we abated this appeal on
November 9, 2006, and ordered a hearing in the trial court. Among the issues the trial
judge was to consider was whether appellant desired to prosecute the appeal. 

 On November 20, 2006, in response to the November 9, 2006 order of
abatement, appellant filed a motion to dismiss the above-referenced appeal. The
motion complies with the Texas Rules of Appellate Procedure. See Tex. R. App. P.
42.2(a). We order the appeal reinstated. 

 We have not yet issued a decision. Accordingly, the motion is granted and
the appeal is dismissed. 

 The Clerk of this Court is directed to issue the mandate. Tex. R. App. P.
18.1.

 PER CURIAM

Panel consists of Chief Justice Radack, and Justices Alcala and Bland.

Do not publish. Tex. R. App. P. 47.2(b).